PROB 12C
(6/16)

Report Date: January 9, 2023

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Remington    Case Number: 0980 2:22CR00032-TOR-1

Address of Offender: ▬▬▬▬▬▬▬  Omak, Washington 98841

Name of Sentencing Judicial Officer: The Honorable William G. Young, Senior United States District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, United States District Judge

Date of Original Sentence: March 23, 1999

| | | |
|---|---|---|
| Original Offense: | Bank Robbery, 18 U.S.C. § 2113(a);<br>Use of a Firearm During Crime of Violence, 18 U.S.C. § 924(c)(1) | |
| Original Sentence: | Prison - 300 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Daniel Hugo Fruchter | Date Supervision Commenced: February 2, 2022 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: February 1, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 4/11/2022 and 10/18/2022.

On February 9, 2022, Mr. James Remington signed his conditions relative to case number 2:22CR00032-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #4**: Defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. Defendant shall abstain from all alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: It is alleged that Mr. Remington violated the terms of his supervised release by consuming alcohol on or about December 29, 2022.<br><br>Specifically, on December 29, 2022, the undersigned spoke with a deputy with the Okanogan County Sheriff's Office (OCSO) after he responded to a call for service on Mr. Remington's mother's property. It was alleged that Mr. Remington assaulted his mother. Ultimately, the OSCO deputy informed the undersigned that the allegations of an assault were unfounded and no arrest was made, though a copy of his report would be forwarded to |

Prob12C
**Re: Remington, James**
**2:22CR00032-TOR-1**
**January 9, 2023**
**Page 2**

the prosecutor. However, the OCSO deputy did inform the undersigned he could smell alcohol emitting from Mr. Remington's person and he exhibited signs of intoxication, such as slurred speech. On January 9, 2022, Mr. Remington admitted to the undersigned that he consumed alcoholic beverages on or about December 29, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    January 9, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other:  *All pending violations will be addressed at the Revocation of Supervised Release hearing scheduled for 1/25/2023.*

Thomas O. Rice
United States District Judge

January 10, 2023
Date